**LA LEY RECOVERY SYSTEMS–OB, INC., Plaintiff–Appellant,**

v.

**UNITEDHEALTHCARE INSURANCE COMPANY, Defendant–Appellee.**

No. 15–13857
Non–Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 07/12/2016

Christine M. Lugo, Timothy J. Van Name, John H. Ruiz, Law Offices of La Ley con John H. Ruiz, Miami, FL, Frank Carlos Quesada, MSP Law Firm, Miami, FL, for Plaintiff–Appellant

Daniel Alter, Shari Gerson, Jeffrey T. Kuntz, Evan Appell, GrayRobinson, PA, Fort Lauderdale, FL, for Defendant–Appellee

Before ED CARNES, Chief Judge, WILLIAM PRYOR and FAY, Circuit Judges.

PER CURIAM:

UnitedHealthcare Insurance paid Dr. Olivio Blanco, Jr. less than what he requested in compensation for medical services he provided to a participant in an employee health benefit plan administered by UnitedHealthcare. La Ley Recovery Systems–OB purchased Dr. Blanco's claim and sued UnitedHealthcare. Construing the action as one under the Employee Retirement Income Security Act of 1974, the district court granted summary judgment to UnitedHealthcare on the ground that Dr. Blanco and La Ley had failed to exhaust the administrative remedies available under the plan. La Ley appeals that judgment.

After reviewing the record and the parties' briefs, we affirm the district court's grant of summary judgment to United-Healthcare for the reasons given in the district court's thorough opinion of June 28, 2015.

**AFFIRMED.**